UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| V.                                                              ) | CASE NO.: 1:16-CR-10320-GAO-4 |
| ) | |
| MATTHEW METZ                                      ) | |
| ) | |
| ) | |

### MOTION TO TRAVEL

Now Comes Defendant, Matthew Metz, by and through counsel, hereby petitions this Honorable Court for permission to travel to Queens, New York for the purpose of taking his nephew to a baseball game at Citi Field. As grounds, Mr. Metz avers the following:

1. Mr. Metz pled guilty to Counts One and Eight of the Superseding Indictment on January 9, 2019. Count One charged Mr. Metz with participating in a conspiracy to possess with intent to distribute and to distribute 50 grams or more of methamphetamine and Count Eight charged him with participating in a conspiracy to launder monetary instruments. Mr. Metz pled guilty pursuant to a written plea agreement with the government.

2. Mr. Metz's sentencing is scheduled for December 13, 2022.

3. Mr. Metz has remained on pretrial release while awaiting sentencing. During this time, he has remained fully compliant with all conditions of his release.

4. Mr. Metz now seeks permission to travel to Queens, New York to attend a Mets baseball game at Citi Field with his nephew. If permitted, he will travel outside the District of Massachusetts by car on August 12, 2022, from 1:00 PM to August 13, 2022, 2:00 AM when he anticipates returning home. The game starts at 7:10 PM and is scheduled to end at approximately 10:30 PM.

5. Mr. Metz's Pretrial Services Officer is aware of and has no objection to this request.

6. Mr. Metz has also previously traveled out of the district, to include a baseball game in New York City during the summer of 2021.

7. The government has no objection to this travel request.

8. Based on the foregoing, he respectfully requests that this motion be granted.

Respectfully submitted this 7th day of July 2022.

                Respectfully submitted,

/s/ John L. Calcagni III, Esq.
John L. Calcagni III (BBO# 657433)
Law Office of John L. Calcagni III, Inc.
72 Clifford Street, Third Floor
Providence, RI 02903
Phone: (401) 351.5100
Fax: (401) 351.5101
Email: jc@calcagnilaw.com

**CERTIFICATION**

      I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered Participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as nonregistered participants on July 7, 2022.

/s/ John L. Calcagni III, Esq.
John L. Calcagni III (BBO# 657433)
Law Office of John L. Calcagni III, Inc.
72 Clifford Street, Third Floor
Providence, RI 02903
Phone: (401) 351.5100
Fax: (401) 351.5101
Email: jc@calcagnilaw.com